UNITED STATES BANKRUPTCY COURT FOR
THE EASTERN DISTRICT OF PENNSYLVANIA

In re:    Tommie Robinson, Jr.                            : Chapter 13

                    Debtors                               : Bankruptcy No.  23-11281-amc

**ORDER DIRECTING EMPLOYER TO MAKE WAGE DEDUCTION
FOR REMITTANCE TO STANDING TRUSTEE**

**Tommie Robinson Jr.**                                   County of Delaware
Employee Name                                             Employer's Name

**\*\*\*-\*\*-9137**                                      201 W. Front Street
Social Security Number                                    Employer's Address

                                                          Media, PA 19063

   The future earnings of the above-named debtor being subject to the continuing supervision and control of the court for the purpose of enforcing the terms of the debtor's plan confirmed by the court.

   NOW THEREFORE, the employer of the debtor is hereby ordered to deduct from the wages of the debtor, beginning with the next pay period following the receipt of this order the sum of **$180.02** per bi-weekly pay period.

   The employer shall continue said deductions until further order of the court and shall remit all monies withheld from the debtor's wages at least monthly, or more frequently is convenient, to the Standing Trustee whose name and address appear below.

   During the continuance of this proceeding the wages of the debtor shall be subject to the exclusive jurisdiction and control of the court, shall be exempt from garnishment or attachment and his employer is directed not to honor garnishments or attachments issuing from any state court whether for the collection of debts contracted before or after the commencement of this proceeding, nor shall the employer honor levies on the debtor's wages from the collection of any state or federal taxes.

   Any prior wage orders in this case are hereby vacated insofar as they are inconsistent with this order.

Dated: _____


                                                          _____
                                                          Ashely Chan, Bankruptcy Judge

Make Checks Payable to and
Remit Withholdings to:

Kenneth West, Chapter 13 Trustee
POB 1799
Memphis, TN 38101-1799