UNITED STATES BANKRUPTCY COURT FOR
THE EASTERN DISTRICT OF PENNSYLVANIA

In re: Tommie Robinson, Jr. : Chapter 13

        Debtors : Bankruptcy No. 23-11281-amc

## APPLICATION FOR WAGE ORDER

The Application of debtor respectfully represents:

1. Applicant, Tommie Robinson, Jr. is a debtor in this case.

2. Applicant is employed by the County of Delaware.

3. Applicant wishes an wage order directing his employer to withhold **180.02** from his pay each pay period and forward the same to Kenneth West, Chapter 13 Trustee.

Wherefore, the debtor requests the court to enter a wage order in the above amount.

                                      **s/Lawrence S. Rubin, Esquire**
                                      Lawrence S. Rubin, Esquire
                                      Attorney for Debtor
                                      337 West State Street
                                      Media, PA 19063
                                      Phone No: (610) 565-6660

Dated: May 4, 2023

Consent by trustee:

_s/Jack Miller, Esq_____